# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0831
Lower Tribunal No. 2022-CF-008539-A-O

_____

STATE OF FLORIDA,

Appellant,

v.

SHAWN DONSHA SIPP,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

September 5, 2025

PER CURIAM.

AFFIRMED. *See Rhode Island v. Innis*, 446 U.S. 291, 301 (1980) (explaining "the term 'interrogation' under *Miranda* refers not only to express questioning, but also to any words or actions on the part of the police (other than those normally attendant to arrest and custody)"); *Senser v. State*, 243 So. 3d 1003, 1009 (Fla. 4th DCA 2018) ("[W]hen an officer's questions or actions extend beyond requests for basic biographical information and could reasonably be viewed as designed to secure potential incriminating evidence, the questions or actions constitute an interrogation.").

NARDELLA, SMITH and BROWNLEE, JJ., concur.


James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport and Rebecca Rock McGuigan, Assistant Attorneys General, Daytona Beach, for Appellant.

Blair Allen, Public Defender, and David L. Redfearn, Assistant Public Defender, Bartow, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED